

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 6, 2012

**By E-Mail**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 6 2012
```

Re: *United States v. Gregory Ryan, et al.*,
12 Cr. 384 (AJN)

Dear Judge Nathan:

So Ordered

The Government respectfully writes to request a one-week extension of its deadline for initial discovery disclosures, from June 6, 2012 to June 13, 2012. The reason for this request is that, due to an unexpected change in the work schedules of certain law enforcement personnel involved in this matter, the Government requires a brief additional period of time to gather materials for inclusion in the initial disclosure.

The Government has sought and obtained the consent to this request of counsel for defendants Ryan, McCaffrey, McDorman, Ryba, Santos, Stringer, Bycholski, and Barnes. The Government has sought the consent of counsel for the remaining three defendants but, at this time, has not yet received their responses. None of the defendants have objected to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: ___/s/_____
Adam Fee
Assistant United States Attorney
(212) 637-1589
Adam.Fee@usdoj.gov

SO ORDERED: 6/6/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record (by E-mail)