USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 09 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

        -v-

Gregory Ryan, *et al.*,

                Defendant.

-----------------------------------------------------------X

12 Cr. 384 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the attached letter from the government requesting an adjournment of the July 10, 2012, status conference. It is ORDERED that the July 10, 2012, conference is adjourned until July 25, 2012, at 10:00 AM in Courtroom 17B.

    The government also informs the Court that all Defendants consent to the exclusion of time through the date of the next conference pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice served by granting an exclusion from speedy trial computations for the period through July 25, 2012, outweigh the interests of the public and the Defendants in a speedy trial because it will afford the parties time to review discovery, consider motions, and engage in meaningful negotiations regarding a resolution of these charges.

    All counsel are reminded to confer in advance of the next conference about possible motion schedules and a trial date. At the July 25, 2012, conference, the Court will schedule a firm trial date.

    SO ORDERED.

Dated: July 9, 2012
       New York, New York

_____
ALISON J. NATHAN
United States District Judge



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2012

**By E-Mail**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States* v. *Gregory Ryan, et al.*,
         12 Cr. 384 (AJN)

Dear Judge Nathan:

    The Government respectfully writes to request an adjournment of the pretrial conference previously scheduled for Tuesday, July 10, 2012, to a date that is convenient for the court during the week of July 23, 2012. The reason for this request is that, due to an unexpected delay in gathering and mailing the initial production materials in this case, the materials were not sent to defense counsel until late this week. Accordingly, in order for the defendants and their counsel to have sufficient time to review and consider the filing of motions in this case prior to the next conference, the Government respectfully submits that a brief adjournment is necessary. The Government initially relayed this request on July 6, 2012, at which time it had sought and obtained the consent of eight of the defendants. At this time, the Government has now obtained the consent of counsel for all defendants to this request.

    In the event that the Court grants this application, the Government respectfully requests that time be excluded as to the defendants in the above-referenced case pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), through the date of the next conference, in the interests of justice, to afford the parties additional time to review discovery, consider the filing of motions, and to engage in meaningful discussions regarding the potential resolutions of these charges. The defendants also consent to this request.

                                                     Respectfully submitted,

                                                     PREET BHARARA
                                                     United States Attorney

                                  By:    \_\_\_/s/_____
                                                     Adam Fee
                                                     Assistant United States Attorney
                                                     (212) 637-1589

cc: All Counsel of Record (by E-mail)