

**KREINDLER & KREINDLER** LLP

TRADITION OF EXCELLENCE

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

**MEMO ENDORSED**

September 27, 2012

<u>VIA ELECTRONIC MAIL</u>
Judge Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 27 2012

Re: *United States v. Ryan (McCorrison)*, 12 Cr. 384

Dear Judge Nathan:

I am defense counsel for Mark McCorrison in the above-reference prosecution and write to request a short extension of time to file motions, which were due yesterday, September 26, 2012. Given unexpected issues that arose this week, including problems receiving paperwork from my client who lives out of state, I was unable to submit motions and supporting materials yesterday. I therefore respectfully request that this Court allow motions on behalf of Mr. McCorrison to be submitted on or before this Friday, September 28, 2012. I have tried to confer with the assistant United States Attorney about this request but have not yet heard back from him.

*So ordered*

Respectfully,

Megan W. Benett

*No further extensions will be granted.*

MWB:lr
cc: Assistant United States Attorney Adam Fee (via e-mail)

SO ORDERED: 9/27/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469 Fax: (213) 622-6019

Massachusetts Office
277 Dartmouth Street, Boston, MA 02116-2805
Tel: (617) 424-9100 Fax: (617) 424-9120