UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

   - v. -                                                         **NOTICE OF MOTION**

MARK McCORRISON                                        (hearing requested)

                Defendant.                          12 Cr. 384 (AJN)
-------------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed affidavits of MEGAN WOLFE BENETT, Esq., and defendant MARK McCORRISON, the accompanying Memorandum of Law, the Indictment in the above-captioned case and all prior proceedings and pleadings had herein, the defendant, Mark McCorrison, by his attorney, Megan Wolfe Benett, hereby moves this United States District Court for the Southern District of New York, before the Honorable Alison J. Nathan, for an Order :

      1.     Pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure and the Fifth Amendment to the United States Constitution, suppressing certain statements made by defendant Mark McCorrison to law enforcement agents;

      2.     Pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure and the Fourth and Fifth Amendments to the United States Constitution, suppressing certain physical evidence seized by law enforcement agents;

      3.     Pursuant to Rule 14(a) of the Federal Rules of Criminal Procedure, severing his trial from his co-defendants;

      4.     For permission to file any additional motions that might be necessary, particularly with respect to the sufficiency of the arrest warrant once it is produced; and

      5.     For such other and further relief which this Court may deem just and proper.

Please take further notice that Mark McCorrison joins in any motions submitted by his co-defendants insofar as those motions may apply to him and that he respectfully requests a hearing on the motion to suppress statements and evidence.

Dated: New York, New York
September 28, 2012

Respectfully submitted,

_____/s/_____
MEGAL WOLFE BENETT, Esq.
Attorney for defendant Mark McCorrison
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel.: (212) 973-3406
Fax: (212) 972-9432
Email: mbenett@kreindler.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of September 2012, I served a true and correct copy of the foregoing Notice of Motion and all supporting papers, including the Declaration by Megan Wolfe Benett, Esq., the Declaration of Mark McCorrison and the Memorandum of Law via this Court's ECF/CM system to all parties registered to receive service.

                                            _____/s/_____
                                                  Megan Wolfe Benett, Esq.