

# KREINDLER & KREINDLER LLP

TRADITION OF EXCELLENCE

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

**MEMO ENDORSED**

October 16, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 17 2012
```

**VIA ELECTRONIC MAIL**
Judge Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Ryan (McCorrison)*, 12 Cr. 384

Dear Judge Nathan:

I am counsel for Mark McCorrison, a defendant in the above-reference prosecution pending before this Court. We submitted motion papers with supporting declarations and a memorandum of law on September 28, 2012 (see 12-cv-384 Dkt. Nos. 96 - 99) asking, among other things, for this Court to suppress certain evidence. Included in that submission was a declaration from my client, based on his first-hand experiences at the time he was arrested. Mr. McCorrison resides, works and is subject to pre-trial supervision in the District of Connecticut. I was unable to obtain a copy of his executed declaration prior to the date by which the motion papers were due. I now have a signed declaration from Mr. McCorrison, which is identical in substance to the previously submitted unsigned version. I therefore respectfully request permission to substitute the attached executed declaration for the previously filed document (Dkt. No. 97-1.)

*So ordered*

Respectfully,

Megan W. Benett

MWB:lr
Enclosure
cc:   Assistant United States Attorney Adam Fee (via e-mail)

SO ORDERED: 10/17/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
277 Dartmouth Street, Boston, MA 02116-2805
Tel: (617) 424-9100  Fax: (617) 424-9120

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA

    - v. -

MARK McCORRISON

        Defendant.

------------------------------------------------------X

**DECLARATION**

12 Cr. 384 (AJN)

    MARK McCORRISON hereby states under penalty of perjury that:

1. I am the defendant in the above-captioned matter.

2. Sometime around six o'clock a.m. on March 14, 2012, I was at my home, in my bedroom.

3. I heard noises and, undressed, began to go toward the first floor of my home, where the front door is located.

4. A number of law enforcement agents had entered my home, several of them displaying their drawn firearms. Someone told me to put my hands where they could see them.

5. I was physically moved away from the door and handcuffed. I was still undressed at that point. One of the officers was female. Some of the officers began asking me questions.

5. An agent escorted me upstairs and allowed me to put on pants, searching the pockets of my jeans before I put them on and while I was still handcuffed. An agent also searched my dresser and took my wallet. I was then escorted downstairs.

6. I asked to speak with an attorney. The agents did not honor my request. They then resumed asking questions.

1

8.  I do not believe that I was advised of my rights before the agents initiated their questioning. I believed that I was required to answer the agents' questions. I felt very pressured to make a statement to the agents.

9.  It was not until the agents finished questioning me that I was given two documents to sign. One was a receipt for property taken in the search and the other was an advice of rights form.

10. I declare under penalty of perjury that the foregoing is true and accurate.

Dated:   Vernon, Connecticut
         September 28, 2012

                                                    _____
                                                    MARK McCORRISON

2