UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
UNITED STATES OF AMERICA

    - v. -

MARK McCORRISON

        Defendant.
------------------------------------------------------X

**DECLARATION**

12 Cr. 384 (AJN)

MARK McCORRISON hereby states under penalty of perjury that:

1. I am the defendant in the above-captioned matter.

2. Sometime around six o'clock a.m. on March 14, 2012, I was at my home, in my bedroom.

3. I heard noises and, undressed, began to go toward the first floor of my home, where the front door is located.

4. A number of law enforcement agents had entered my home, several of them displaying their drawn firearms. Someone told me to put my hands where they could see them.

5. I was physically moved away from the door and handcuffed. I was still undressed at that point. One of the officers was female. Some of the officers began asking me questions.

5. An agent escorted me upstairs and allowed me to put on pants, searching the pockets of my jeans before I put them on and while I was still handcuffed. An agent also searched my dresser and took my wallet. I was then escorted downstairs.

6. I asked to speak with an attorney. The agents did not honor my request. They then resumed asking questions.

1

8. I do not believe that I was advised of my rights before the agents initiated their questioning. I believed that I was required to answer the agents' questions. I felt very pressured to make a statement to the agents.

9. It was not until the agents finished questioning me that I was given two documents to sign. One was a receipt for property taken in the search and the other was an advice of rights form.

10. I declare under penalty of perjury that the foregoing is true and accurate.

Dated:   Vernon, Connecticut
         September 28, 2012

*[signature]*
MARK McCORRISON

2