Mark McCorrison

Docket Number: 12 cr 00384-03 (KMW)
P#63572/EF.jf



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/15

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

### *JUDICIAL RESPONSE*

THE COURT ORDERS:

[ ✓ ]  Transfer of Jurisdiction to the District of Connecticut **APPROVED**

[ ]  Transfer of Jurisdiction to the District of Connecticut **DENIED**

[ ]  Other

_____

_____

_____


_____
Signature of Judicial Officer

9-29-15
Date